1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

9

SYNERGY MODULAR, INC.,

Plaintiff(s),

v.

10

11

GREAT AMERICAN E&S INSURANCE
CO.,

12

Defendant(s).

CASE NO. C25-2148-KKE

ORDER TO SHOW CAUSE

13

14

15

On November 3, 2025, the Court issued an order requiring the parties to file a Joint Status Report by December 15, 2025.  Dkt. No. 7.   The parties did not comply with this deadline, nor did they request an extension of the deadline.

16

17

18

Plaintiff is ORDERED to show cause by January 23, 2026, why Plaintiff's claims should not be dismissed for failure to comply with a court order.  Absent a timely response to this order, this action shall be dismissed without prejudice.

19

Dated this 6th day of January, 2026.

20

21

_____
Kymberly K. Evanson
United States District Judge

22

23

24

ORDER TO SHOW CAUSE - 1