UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SYNERGY MODULAR, INC., | CASE NO. C25-2148-KKE |
| Plaintiff(s), | ORDER OF DISMISSAL |
| v. | |
| GREAT AMERICAN E&S INSURANCE CO., | |
| Defendant(s). | |

The parties filed a stipulated motion to dismiss under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. No. 17. The Court GRANTS the motion and DISMISSES all claims asserted in this lawsuit without prejudice and without an award of fees or costs against any party.

Dated this 22nd day of January, 2026.

_____
Kymberly K. Evanson
United States District Judge

ORDER OF DISMISSAL - 1